| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____  Chapter you are filing under: ☐ Chapter 7  ☑ Chapter 11  ☐ Chapter 12  ☐ Chapter 13 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **BT Bourbonnais Care, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Bourbonnais Terrace Nursing Home** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2827123** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**133 Mohawk Dr.**<br>**Bourbonnais, IL 60914**<br>Number, Street, City, State & ZIP Code<br><br>**Kankakee**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**c/o TM Healthcare Management**<br>**15443 Summit Ave.**<br>**Oakbrook Terrace, IL 60181**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ | |

7. **Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

Debtor **SEE ATTACHED**   Relationship to you

District _____   When _____   Case number, if known _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**BT Bourbonnais Care, LLC, a Delaware limited liability company**

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner**

        **By: _____
Patrick Laffey, its Manager and Designated Representative**

---

**18. Signature of attorney**    X _____    Date _____
Signature of attorney for debtor                                      MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**    Email address _____

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone  **312-840-7000**    Email address _____

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

BT Bourbonnais Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

    By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner

        By: _____
        Patrick Laffey, its Manager and Designated Representative

**18. Signature of attorney**

X _____  Date 10/30/17
Signature of attorney for debtor                    MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone 312-641-6777    Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330 North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone 312-840-7000    Email address _____

## RELATED BANKRUPTCY CASES FILED

| **Debtor** | **Relationship** | **District** | **Date Filed** | **Case No.** |
|---|---|---|---|---|
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:
Debtor name: **BT Bourbonnais Care, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance For Living<br>PO Box 4407<br>Oak Park, IL 60304 | | | | | | $38,822.00 |
| Allstate - American Heritage Insurance<br>PO BOX 650514<br>Dallas, TX 75265-0514 | | | | | | $15,992.70 |
| Arnie Yusim Leasing Inc.<br>650 Dundee Road Suite 158<br>Northbrook, IL 60062 | | | | | | $5,000.00 |
| Cloverleaf Farms Distributors Inc.<br>13835 S. Kostner<br>Crestwood, IL 60445 | | | | | | $12,725.76 |
| Constellation - Electric<br>PO BOX 4640<br>Carol Stream, IL 60197-4640 | | | | | | $61,032.43 |
| Ecolab<br>PO BOX 70343<br>Chicago, IL 60673-0343 | | | | | | $10,472.84 |
| Edward Don & Co.<br>9801 Adam Don Parkway<br>Woodridge, IL 60517 | | | | | | $10,031.25 |
| EUBANKS SEWER SERVICE<br>PO BOX 537<br>Bradley, IL 60915 | | | | | | $10,787.50 |

Debtor **BT Bourbonnais Care, LLC**     Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **FERN Office Supplies**<br>PO BOX 100895<br>Atlanta, GA 30384-4174 | | | | | | $6,886.19 |
| **Key Internal Medicine SC**<br>DR. DHARAM ANAND<br>PO BOX 715<br>Bourbonnais, IL 60914 | | | | | | $5,350.00 |
| **MAXXSOURCE**<br>6301 W. Lincoln Ave.<br>West Allis, WI 53219 | | | | | | $6,032.13 |
| **Medline Industries Inc.**<br>Dept. CH 14400<br>Palatine, IL 60055-4400 | | | | | | $16,585.64 |
| **Performance Food Group-TPC**<br>8001 TPC. Road<br>Rock Island, IL 61204-7210 | | | | | | $63,665.25 |
| **Pharmore Drugs LLC**<br>3412 W. Touhy<br>Skokie, IL 60076 | | | | | | $15,732.34 |
| **Physician Care Services, S.C.**<br>8051 186th Street<br>Tinley Park, IL 60487 | | | | | | $33,952.50 |
| **PointClickCare**<br>P.O.Box 674802<br>Detroit, MI 48267 | | | | | | $30,226.62 |
| **Relias & Tsonas LLC**<br>150 S WACKER DR SUITE 1600<br>Chicago, IL 60606 | | | | | | $23,772.81 |
| **S4 Group LLC**<br>30 N. LaSalle St. Suite 4030<br>Chicago, IL 60602 | | | | | | $10,000.00 |
| **Stagg Terenzi Confusione & Wabnik**<br>401 Franklin Avenue Suite 300<br>Garden City, NY 11530 | | | | | | $57,097.39 |

| Debtor | **BT Bourbonnais Care, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Disposal PO BOX 179 Bradley, IL 60915** | | | | | | $10,260.00 |

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Acme Complete Parking Lot Surface Inc.
2016 E. 1000 North Rd.
Kankankee, IL 60901

Aetna
333 West Wacker Drive
Chicago, IL 60606

Alliance For Living
PO Box 4407
Oak Park, IL 60304

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

Aqua Illinois Inc. - BT
PO BOX 1229
Newark, NJ 07101-1229

Arnie Yusim Leasing Inc.
650 Dundee Road
Suite 158
Northbrook, IL 60062

AT&T
PO BOX 5080
Carol Stream, IL 60197-5080

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

Bourbonnais Fire Protection District
1080 Armour Rd.
Bourbonnais, IL 60914

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Call One
PO Box 87618
Dept.#10278
Chicago, IL 60680-0618

Charles Ovitsky P C
3500 W. Peterson Ave
Ste 401
Chicago, IL 60659-3307

Chemsearch Division
PO Box 152170
Irving 75015-2170

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

Cloverleaf Farms Distributors Inc.
13835 S. Kostner
Crestwood, IL 60445

Comcast Cable
PO BOX 3001
Southeastern, PA 19398-3001

Comcast Internet
PO BOX 3001
Southeastern, PA 19398-3001

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Constellation - Gas
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

De Lage Landen Financial Services Inc
P.O. BOX 41602
Philadelphia, PA 19101-1602

Dowd, Bloch Bennett Cervone
Auerbach & Yokich
8 S. Michigan Ave. 19th Fl
Chicago, IL 60603

e-Health Data Solutions
PO BOX 385
Aurora, OH 44202-0385

Ecolab
PO BOX 70343
Chicago, IL 60673-0343

Edward Don & Co.
9801 Adam Don Parkway
Woodridge, IL 60517

Gordon Electric Supply - Kankakee
1200 N. Hobbie
PO BOX 231
Kankakee, IL 60901-0231

Lifescan
5255 Golf Rd.
Skokie, IL 60077-1106

EKS Management
6865 N Lincoln
Lincolnwood, IL 60712

Harmony Health Plan
29 North Wacker Drive
Suite 300
Chicago, IL 60606-3203

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

EUBANKS SEWER SERVICE
PO BOX 537
Bradley, IL 60915

Hinckley Springs
PO BOX 660579
Dallas, TX 75266-0579

MAXXSOURCE
6301 W. Lincoln Ave.
West Allis, WI 53219

Family Health Network
322 South Green St. Suite 400
Chicago, IL 60607

HOLLAND & KNIGHT
PO BOX 864084
ORLANDO, FL 32886

MedAssure of Indiana
920 E COUNTY LINE RD.
STE 102
Lakewood, NJ 08701

FERN Office Supplies
PO BOX 100895
Atlanta, GA 30384-4174

Humana
500 W. Main St.
Louisville, KY 40202

Medicaid
201 South Grand Avenue East
3rd FL
Springfield, IL 62763

First Advantage Tax Consulting Services
P.O.Box 404537
Atlanta, GA 30384-4537

IlliniCare Health Plan
999 Oakmont Plaza Drive
4th Floor
Westmont, IL 60559

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Fitzsimmons Home Medical Equipment
800 W. 186th Street
Tinley Park, IL 60487

Independent Living Systems
5200 Blue Lagoon Drive
Suite 500
Miami, FL 33126

Meridian
222 N. LaSalle St., Suite 930
Chicago, IL 60601

Ford Credit
PO Box 790093
St. Louis, MO 63179-0093

Key Internal Medicine SC
DR. DHARAM ANAND
PO BOX 715
Bourbonnais, IL 60914

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

G & G Printing
345 West Broadway
Bradley, IL 60915

Kurtz Ambulance Service, Inc.
PO BOX 129
New Lenox, IL 60451

Molina
1520 Kensignton Road
Suite 212
Oak Brook, IL 60523

G. Neil
PO BOX 451179
Sunrise, FL 33345-1179

Lifecore Rehab and Counseling Services
8051 W. 186th Street
STE.A
Tinley Park, IL 60487

MorphoTrust USA
6840 Carothers Parkway
Suite 650
Franklin, TN 37067

N B L Textiles Inc
8830 Lowell Terrace
Skokie, IL 60076

Personnel/Planners Inc
915 W. Van Buren
N-3A
Chicago, IL 60607

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Next Level
3019 W. Harrison St.
Chicago, IL 60612

Pharmore Drugs LLC
3412 W. Touhy
Skokie, IL 60076

R L Specialty Co
PO BOX 904
Skokie, IL 60076-0904

NICL Laboratories
306 Era Drive
Northbrook, IL 60062

Physician Care Services, S.C.
8051 186th Street
Tinley Park, IL 60487

Reed's Rent All & Sales, Inc.
907 North Indiana Ave.
Kankankee, IL 60901

Nicor Gas
Bill Payment Center
PO BOX 5407
Carol Stream, IL 60197

Physicians Immediate Care - Chicago
PO Box 8799
Carol Stream, IL 60197

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

Nutrition Care Systems
8770 W. Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3515

Pitney Bowes Global Financial Services
PO BOX 371887
Pittsburgh, PA 15250-7887

Relias & Tsonas LLC
150 S WACKER DR
SUITE 1600
Chicago, IL 60606

One Step Inc.
806 W. 4th Street
Davenport, IA 52802

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Rogers Supply Co Inc
1425 Harvard Dr.
Kankakee, IL 60901

Optech Orthotics & Prosthetics Services
119 E Court Street
Ste 100
Kankakee, IL 60901

Positive Promotions
15 Gilpin Ave.
Hauppauge, NY 11788

Ruder Technologies
1075 Lesco Rd.
Kankakee, IL 60901

Pacific Telemanagement Services
2001 Crow Canyon Road Ste 201
San Ramon, CA 94583-5388

Precision Piping
1350 Stanford Dr.
Kankakee, IL 60901

S4 Group LLC
30 N. LaSalle St.
Suite 4030
Chicago, IL 60602

Performance Food Group-TPC
8001 TPC. Road
Rock Island, IL 61204-7210

Presence St. Mary's Hospital
32813 Collection Center Dr
Chicago, IL 60683-0328

Secretary of State, License Renewa
Secretary of State License Renewal
3701 Winchester Road
Springfield, IL 62707-9700

Personnel Concepts
PO BOX 5750
Carol Stream, IL 60197

Prospect Resources Inc
8170 N McCormick Blvd
Suite #107
Skokie, IL 60076

SEIU Healthcare
2229 S. Halsted
Chicago, IL 60608

SEIU HEALTHCARE & WELFARE FUND
2229 S. Halsted
Suite 122
Chicago, IL 60608

SEIU Healthcare IL Benefit Fund
2229 S. Halsted
Suite 122
Chicago, IL 60608

SEIU Healthcare Illinois & Indiana
2229 S. Halsted
Chicago, IL 60608

SEIU LOCAL NO.4 PENSION FUND
2229 S. Halsted
Suite 122
Chicago, IL 60608

Sharp Business Systems
Formerly Illinois Business Systems
Dept CH 14404
Palatine, IL 60055

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

Social Security
630 E. Oak Street
Kankankee, IL 60901-4042

Socialwork Consulting Group
1104 Hunter Rd
Glenview, IL 60025

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

Stagg Terenzi Confusione & Wabnik
401 Franklin Avenue
Suite 300
Garden City, NY 11530

Superior Knife Inc.
8120 N. Central Park Ave
Skokie, IL 60076-2907

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

United Disposal
PO BOX 179
Bradley, IL 60915

UnitedHealthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151

US Dept of H.U.D. Region V
Attn: David Cole, Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

VERIFY
206 South Sixth Street
Springfield, IL 62701

Village of Bourbonnais (BT Sewer)
Sewer Bill
600 Main St. NW.
Bourbonnais, IL 60914

Washtown Equipment Co., Inc.
4036 W. Montrose Ave.
Chicago, IL 60641

White's Lawn Care
177 S. LaSalle Ave.
Bradley, IL 60915

Yooshik Jeon
4027 N. Tripp Ave.
Chicago, IL 60641

## United States Bankruptcy Court
### Northern District of Illinois

In re    **BT Bourbonnais Care, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BT Bourbonnais Care, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JLM Financial Healthcare, LP a Texas limited partnership, its sole member**

☐ None [*Check if applicable*]

10/30/17
Date

/s/ David K. Welch
**DAVID K. WELCH**
Signature of Attorney or Litigant
Counsel for    **BT Bourbonnais Care, LLC**
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114